*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRANVEYOR CORP., | CASE NO.: CV 11-5381-GW(MRWx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION** |
| vs. | |
| BROTHER SONNY, LLC, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, is dismissed in its entirety, with prejudice.

DATED: January 4, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1